```
1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  JOANN M. SWANSON (CABN 88143)
   Chief, Civil Division
3  ILA C. DEISS (NYBN 3052909)
   Assistant United States Attorneys
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone:  (415) 436-7124
6      Fax: (415) 436-7169
       Ila.deiss@usdoj.gov
7
   Attorneys for the Defendants
8
```

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12              Administrative Procedure Act Case

13

| | |
|---|---|
| SURJIT SINGH, JASVIR KAUR, SUKHNINDER KAUR, HARPREET SINGH, | No. CV 11-1824 MEJ |
| Plaintiffs, | |
| v. | **STIPULATION TO EXTEND IN WHICH DEFENDANTS MUST ANSWER; and ~~[PROPOSED]~~ ORDER** |
| ALEJANDRO MAYORKAS, DIRECTOR, USCIS; GERARD HEINAUER, DIRECTOR, USCIS NEBRASKA SERVICE CENTER; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; JANET NAPOLITANO, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; ERIC H. HOLDER, JR., U.S. ATTORNEY GENERAL, | |
| Defendants. | |

   Plaintiffs, by and through their attorneys of record, and Defendants, by and through their attorneys of record, hereby stipulate to the following:

   1. Plaintiffs filed this action on or about April 14, 2011, and Defendants' answer is currently due on June 17, 2011.

Stipulation to Extend in Which Defendants Must Answer; and [Proposed] Order
CV 11-1824 MEJ

1  2. In order to allow sufficient time for the parties to consider an alternative resolution to this
2  case and/or answer, the parties hereby respectfully ask this Court to extend the date by which
3  Defendants must answer the complaint to July 18, 2011.

6  Date: June 16, 2011                         Respectfully submitted,

7                                              MELINDA HAAG
                                               United States Attorney

9                                              _____/s/_____
10                                             ILA C. DEISS
                                               Assistant United States Attorney
                                               Attorneys for Defendants

13 Dated: June 16, 2011                        _____/s/_____
                                               ROBERT B. JOBE
                                               Attorney for Plaintiffs

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

19 Date:  June 17, 2011                        _____
                                               MARIA-ELENA JAMES
                                               United States Chief Magistrate Judge

Stipulation to Extend in Which Defendants Must Answer; and [Proposed] Order
CV 11-1824 MEJ                              2