Robert B. Jobe (State Bar #133089)
Shuting Chen (State Bar #267508)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
Tel:   (415) 956-5513
Fax:   (415) 956-0850
Email: bob@jobelaw.com

Attorneys for Plaintiffs.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Administrative Procedure Act Case

| | |
|---|---|
| SURJIT SINGH, JASVIR KAUR, SUKHNINDER KAUR, HARPREET SINGH, <br><br>Plaintiffs, <br><br>v. <br><br>ALEJANDRO MAYORKAS, DIRECTOR, USCIS; GERARD HEINAUER, DIRECTOR, USCIS NEBRASKA SERVICE CENTER; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; JANET NAPOLITANO, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; ERIC H. HOLDER, JR., U.S. ATTORNEY GENERAL, <br><br>Defendants. | No. CV 11-1824-MEJ <br><br>**STIPULATION TO HOLD IN ABEYANCE; [PROPOSED] ORDER** |

Plaintiffs, by and through their attorneys of record, and Defendants, by and through their

Stipulation to Hold in Abeyance; and [Proposed] Order
CV 11-1824-MEJ

attorney of record, hereby stipulate to the following:

1. This is an immigration mandamus case under General Order 61 (Immigration Mandamus Cases). Plaintiffs filed this action on or around April 14, 2011.

2. On or around June 6, 2011, the Office of the Chief Counsel of the Department of Homeland Security ("DHS") filed a Motion to Reopen for Termination of Asylum, alleging that Plaintiff Surjit Singh's ("Mr. Singh") asylum case should be reopened.

3. On or around June 29, 2011, Plaintiff Surjit Singh, through undersigned counsel, filed an opposition to the DHS's Motion to Reopen, which remains pending before an immigration judge.

4. Mr. Singh's eligibility for adjustment of status rests upon his current status as an asylee. Thus, the outcome of the DHS's Motion to Reopen is inextricably tied to the litigation of this District Court action.

5. In order to allow sufficient time for the immigration court to consider and adjudicate the DHS's Motion to Reopen, the parties hereby respectfully request that this Court hold this District Court action in abeyance for 90 days, until Monday, November 21, 2011. On or before November 21, 2011, the parties will either stipulate to a new briefing schedule or request that the Court continue to hold the case in abeyance, depending on the status of the Motion to Reopen.

DATED:       August 22, 2011                 Respectfully Submitted,


                                             ___/s/_____
                                             Robert B. Jobe, Esq.
                                             Shuting Chen, Esq.
                                             LAW OFFICE OF ROBERT JOBE
                                             550 Kearny, Suite 200
                                             San Francisco, CA 94108
                                             (415) 956-5513

                                             Attorneys for Plaintiffs

Stipulation to Hold in Abeyance; and [Proposed] Order
CV 11-1824-MEJ                                     2

| | |
|---|---|
| 1  DATED:       August 22, 2011 | Respectfully Submitted, |

<pre>
                                           /s/
                                        Ila C. Deiss, Esq.
                                        Assistant U.S. Attorney
                                        450 Golden Gate Avenue, Box 36055
                                        San Francisco, CA 94102
                                        (415) 436-7169

                                        Attorney for Defendants
</pre>

### ~~[PROPOSED]~~ ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED: August 23, 2011                    _____
                                          Maria-Elena James
                                          United States Chief Magistrate Judge

Stipulation to Hold in Abeyance; and [Proposed] Order
CV 11-1824-MEJ