```
Robert B. Jobe (State Bar #133089)
Anna L. Benvenue (State Bar #261436)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
Tel:    (415) 956-5513
Fax:    (415) 956-0850
Email: federal@jobelaw.com
```

Attorneys for Plaintiffs.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Administrative Procedure Act Case

| | |
|---|---|
| SURJIT SINGH, JASVIR KAUR, SUKHNINDER KAUR, HARPREET SINGH, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, DIRECTOR, USCIS; GERARD HEINAUER, DIRECTOR, USCIS NEBRASKA SERVICE CENTER; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; JANET NAPOLITANO, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; ERIC H. HOLDER, JR., U.S. ATTORNEY GENERAL, <br><br> Defendants. | No. CV 11-1824-MEJ <br><br> **SECOND STIPULATION TO HOLD IN ABEYANCE; [PROPOSED] ORDER** |

Plaintiffs, by and through their attorneys of record, and Defendants, by and through their

attorney of record, hereby stipulate to the following:

1. This is an immigration mandamus case under General Order 61 (Immigration Mandamus Cases). Plaintiffs filed this action on or around April 14, 2011.

2. On or around June 6, 2011, the Office of the Chief Counsel of the Department of Homeland Security ("DHS") filed a Motion to Reopen for Termination of Asylum, alleging that Plaintiff Surjit Singh's ("Mr. Singh") asylum case should be reopened.

3. On or around June 29, 2011, Plaintiff Surjit Singh, through undersigned counsel, filed an opposition to the DHS's Motion to Reopen, which remains pending before an immigration judge.

4. Mr. Singh's eligibility for adjustment of status rests upon his current status as an asylee. Thus, the outcome of the DHS's Motion to Reopen is inextricably tied to the litigation of this District Court action.

5. On August 22, 2011, this Court granted the joint request to hold this action in abeyance until November 21, 2011 so that the immigration court could render a decision on the Motion to Reopen. In order to allow the immigration court additional time to consider and adjudicate the DHS's Motion to Reopen, the parties hereby respectfully request that this Court hold this District Court action in abeyance for 60 days, until Friday, January 20, 2012. On or before January 20, 2012, the parties will either stipulate to a new briefing schedule or request that the Court continue to hold the case in abeyance, depending on the status of the Motion to Reopen.

DATED:     November 18, 2011            Respectfully Submitted,


                                         /s/
                                        Robert B. Jobe, Esq.
                                        Anna Benvenue, Esq.
                                        LAW OFFICE OF ROBERT JOBE
                                        550 Kearny, Suite 200
                                        San Francisco, CA 94108
                                        (415) 956-5513

                                        Attorneys for Plaintiffs

Second Stipulation to Hold in Abeyance; and [Proposed] Order
CV 11-1824-MEJ                           2

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 | DATED: November 18, 2011 | Respectfully Submitted, |

                                              /s/
                                       Ila C. Deiss, Esq.
                                       Assistant U.S. Attorney
                                       450 Golden Gate Avenue, Box 36055
                                       San Francisco, CA 94102
                                       (415) 436-7169

                                       Attorney for Defendants

### [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED: November 21, 2011

                                       Maria-Elena James
                                       United States Chief Magistrate Judge

---

Second Stipulation to Hold in Abeyance; and [~~Proposed~~] Order
CV 11-1824-MEJ