| | |
|---|---|
| 1 | Robert B. Jobe (State Bar #133089) |
| | Anna L. Benvenue (State Bar #261436) |
| 2 | LAW OFFICE OF ROBERT B. JOBE |
| | 550 Kearny Street, Ste. 200 |
| 3 | San Francisco, CA 94108 |
| | Tel:   (415) 956-5513 |
| 4 | Fax:   (415) 956-0850 |
| | Email: federal@jobelaw.com |
| 5 | |
| | Attorneys for Plaintiffs. |

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Administrative Procedure Act Case

| | |
|---|---|
| SURJIT SINGH, JASVIR KAUR, SUKHNINDER KAUR, HARPREET SINGH, | No. CV 11-1824-MEJ |
| Plaintiffs, | |
| v. | **SECOND STIPULATION TO HOLD IN ABEYANCE; [PROPOSED] ORDER** |
| ALEJANDRO MAYORKAS, DIRECTOR, USCIS; GERARD HEINAUER, DIRECTOR, USCIS NEBRASKA SERVICE CENTER; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; JANET NAPOLITANO, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; ERIC H. HOLDER, JR., U.S. ATTORNEY GENERAL, | |
| Defendants. | |

Plaintiffs, by and through their attorneys of record, and Defendants, by and through their

Second Stipulation to Hold in Abeyance; and [Proposed] Order
CV 11-1824-MEJ

attorney of record, hereby stipulate to the following:

1. This is an immigration mandamus case under General Order 61 (Immigration Mandamus Cases). Plaintiffs filed this action on or around April 14, 2011.

2. On or around June 6, 2011, the Office of the Chief Counsel of the Department of Homeland Security ("DHS") filed a Motion to Reopen for Termination of Asylum, alleging that Plaintiff Surjit Singh's ("Mr. Singh") asylum case should be reopened.

3. On or around June 29, 2011, Plaintiff Surjit Singh, through undersigned counsel, filed an opposition to the DHS's Motion to Reopen, which remains pending before an immigration judge.

4. Mr. Singh's eligibility for adjustment of status rests upon his current status as an asylee. Thus, the outcome of the DHS's Motion to Reopen is inextricably tied to the litigation of this District Court action.

5. On August 22, 2011, this Court granted the joint request to hold this action in abeyance until November 21, 2011 so that the immigration court could render a decision on the Motion to Reopen. In order to allow the immigration court additional time to consider and adjudicate the DHS's Motion to Reopen, the parties hereby respectfully request that this Court hold this District Court action in abeyance for 60 days, until Friday, January 20, 2012. On or before January 20, 2012, the parties will either stipulate to a new briefing schedule or request that the Court continue to hold the case in abeyance, depending on the status of the Motion to Reopen.

DATED:        November 18, 2011            Respectfully Submitted,

                                                  /s/
Robert B. Jobe, Esq.
Anna Benvenue, Esq.
LAW OFFICE OF ROBERT JOBE
550 Kearny, Suite 200
San Francisco, CA 94108
(415) 956-5513

Attorneys for Plaintiffs

DATED: November 18, 2011          Respectfully Submitted,


                                  ____/s/_____
                                  Ila C. Deiss, Esq.
                                  Assistant U.S. Attorney
                                  450 Golden Gate Avenue, Box 36055
                                  San Francisco, CA 94102
                                  (415) 436-7169

                                  Attorney for Defendants


                          **[PROPOSED] ORDER**

   Pursuant to stipulation, IT IS SO ORDERED.

DATED: November 21, 2011          _____
                                  Maria-Elena James
                                  United States Chief Magistrate Judge

Second Stipulation to Hold in Abeyance; and [Proposed] Order
CV 11-1824-MEJ