```
 1  MELINDA HAAG
    United States Attorney
 2  JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
 3  ILA C. DEISS (NYBN 3052909)
    Assistant United States Attorneys
 4
        450 Golden Gate Avenue, Box 36055
 5      San Francisco, California 94102-3495
        Telephone: (415) 436-7124
 6      Fax: (415) 436-7169
        Ila.deiss@usdoj.gov
 7
    Attorneys for the Defendants
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Administrative Procedure Act Case

| | |
|---|---|
| SURJIT SINGH, JASVIR KAUR, SUKHNINDER KAUR, HARPREET SINGH, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, DIRECTOR, USCIS; GERARD HEINAUER, DIRECTOR, USCIS NEBRASKA SERVICE CENTER; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; JANET NAPOLITANO, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; ERIC H. HOLDER, JR., U.S. ATTORNEY GENERAL, <br><br> Defendants. | No. CV 11-1824 MEJ <br><br> **STIPULATION OF DISMISSAL WITHOUT PREJUDICE; and [PROPOSED] ORDER** |

Pursuant to Fed. R. Civ. P. 41(a), the plaintiffs and the defendants hereby stipulate to dismiss, without prejudice, the entire above-captioned action because jurisdiction is properly in the immigration court at this time. It is further stipulated that each party shall bear its own costs and

Stipulation of Dismissal Without Prejudice; and [Proposed] Order
CV 11-1824 MEJ

1  fees.

3  Date: February 9, 2012                    Respectfully submitted,

4                                            MELINDA HAAG
                                             United States Attorney

6                                            _____/s/_____
                                             ILA C. DEISS
7                                            Assistant United States Attorney
                                             Attorneys for Defendants

9
   Dated: February 9, 2012                   _____/s/_____
10                                           ROBERT B. JOBE
                                             Attorney for Plaintiffs

12
                              **[PROPOSED] ORDER**
13
       Pursuant to stipulation, IT IS SO ORDERED.

16  Date:  February 10, 2012                 _____
                                             MARIA-ELENA JAMES
17                                           United States Chief Magistrate Judge

Stipulation of Dismissal Without Prejudice; and [Proposed] Order
CV 11-1824 MEJ                             2