MELINDA HAAG
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ILA C. DEISS (NYBN 3052909)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7124
    Fax: (415) 436-7169
    Ila.deiss@usdoj.gov

Attorneys for the Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Administrative Procedure Act Case

| | |
|---|---|
| SURJIT SINGH, JASVIR KAUR, SUKHNINDER KAUR, HARPREET SINGH, <br><br>    Plaintiffs, <br><br>v. <br><br>ALEJANDRO MAYORKAS, DIRECTOR, USCIS; GERARD HEINAUER, DIRECTOR, USCIS NEBRASKA SERVICE CENTER; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; JANET NAPOLITANO, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; ERIC H. HOLDER, JR., U.S. ATTORNEY GENERAL, <br><br>    Defendants. | No. CV 11-1824 MEJ <br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE; and [PROPOSED] ORDER** |

    Pursuant to Fed. R. Civ. P. 41(a), the plaintiffs and the defendants hereby stipulate to dismiss, without prejudice, the entire above-captioned action because jurisdiction is properly in the immigration court at this time.  It is further stipulated that each party shall bear its own costs and

Stipulation of Dismissal Without Prejudice; and [Proposed] Order
CV 11-1824 MEJ

1  fees.

3  Date: February 9, 2012                               Respectfully submitted,

4                                                      MELINDA HAAG
                                                       United States Attorney

6                                                      _____/s/_____
7                                                      ILA C. DEISS
                                                       Assistant United States Attorney
                                                       Attorneys for Defendants

10 Dated: February 9, 2012                             _____/s/_____
                                                       ROBERT B. JOBE
                                                       Attorney for Plaintiffs

                              [~~PROPOSED~~] ORDER

      Pursuant to stipulation, IT IS SO ORDERED.

16 Date:  February 10, 2012                            _____
                                                       MARIA-ELENA JAMES
                                                       United States Chief Magistrate Judge